

NEW JERSEY OFFICE
130 POMPTON AVENUE
VERONA NJ 07044
(973) 239-4300

NEW YORK OFFICE
48 WALL STREET – 5TH FL.
NYC, NY 10005
(646) 779-2746

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

_____

December 14, 2020

*Via ECF*
Hon. Lewis J. Liman
United States District Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**MOTION GRANTED.**
The defendant's travel restrictions are modified to
include the District of New Jersey only for purposes of
meeting with his attorney.

12/14/2020      SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Re: *United States v Adams (Ray Vella)*
20 Cr. 607 (LJL)

Dear Judge Liman:

I was appointed to represent Ray Vella in the above matter on December 4, 2020.  Mr.
Vela's bail conditions limit his travel to SDNY and EDNY.  My office is in Verona, New Jersey,
and I would like to arrange for Mr. Vela to visit me to discuss his case.  Kevin Mead, the AUSA
in this matter and Courtney Defeo have no objection to this request, as long as the modification
to travel to New Jersey is solely limited to attorney visits at my Verona, New Jersey office.
Accordingly, I am respectfully requesting that his bail conditions be modified to include travel to
New Jersey, solely to meet with counsel in my Verona, New Jersey office.  Mr. Vela will
coordinate his travel with pretrial services during these times.

Your Honor's time and consideration of this request is greatly appreciated.

Respectfully submitted,
s/
Lorraine Gauli-Rufo
Attorney for *Ray Vela*

cc: Kevin Mead, AUSA
    Courtney Defeo