

6 POMPTON AVENUE CEDAR GROVE, NJ 07009

(973)239-4300
LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

September 15, 2021

Hon. Lewis J. Liman
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

REQUEST GRANTED.
The Sentencing hearing previously set for October 1, 2021 is RESCHEDULED to November 1, 2021 at 3:00PM in Courtroom 15C at the 500 Pearl Street Courthouse.

9/16/2021

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Re:  US v. Adams, Jr. et al (Ray Vela)
     20-CR-00607 (LJL)

Dear Judge Liman:

    Sentencing in the above matter is scheduled for October 1, 2021.  I am respectfully requesting a thirty-day adjournment for additional time to review and discuss the final presentence report with Mr. Vela and to prepare his sentencing submission. In addition, Mr. Vela has a scheduled hearing for a state matter on October 4, 2021, which we would like to occur prior to the federal sentencing.  Kevin Mead, AUSA, on behalf of the Government and Pretrial Services Officer, Courtney DeFeo, have no objection to this request.  Your Honor's time and consideration of this request is greatly appreciated.

                                        Respectfully submitted:

                                        s/ Lorraine Gauli-Rufo
                                        Lorraine Gauli-Rufo
                                        *Attorney for Ray Vela*

cc: Kevin Mead, AUSA
    Courtney DeFeo, PTSO