

NEW JERSEY OFFICE
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

NEW YORK OFFICE
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

———

May 25, 2023

**REQUEST DENIED.**
The motion is denied without prejudice to renewal after Defendant seeks the assistance of the MDC in the first instance. If the MDC does not provide the needed medical assistance after request or if internal processes for obtaining such assistance are not available or would be futile, Defendant may renew the request, stating with specificity the assistance required.

5/26/2023   SO ORDERED.

LEWIS J. LIMAN
United States District Judge

*Via ECF*
Hon. Lewis J. Liman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: United States v. Ray Vela
    20-CR-607 (LJL)

Dear Judge Liman:

    I represent Ray Vela in the above matter. Mr. Vela was arrested yesterday and is currently detained at the MDC in Brooklyn. We are respectfully requesting that Your Honor issue a medical order, directing the Bureau of Prisons to provide medical treatment to Mr. Vela while he withdraws from K2. Kevin Mead, AUSA has no objection to this request. If Your Honor requires anything additional, kindly let us know.

    Thank you for Your Honor's time and consideration to this matter.

    Respectfully submitted,
    s/ Lorraine Gauli-Rufo
    Lorraine Gauli-Rufo
    *Attorney for Ray Vela*

cc: Kevin Mead, AUSA