UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
UNITED STATES OF AMERICA,                                          :
                                                                   :
                -v-                                                :   20-CR-607-2 (LJL)
                                                                   :
RAY VELA,                                                          :   <u>ORDER</u>
                                                                   :
                Defendant.                                         :
                                                                   :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    Sentencing in this case is scheduled for June 12, 2023. The Court intends at that time to take Mr. Vela's plea on the violation of supervised release on 16 Cr. 842, and to sentence him on that matter as well as on 20 Cr. 607.

    SO ORDERED.

Dated: June 9, 2023
       New York, New York

                                              LEWIS J. LIMAN
                                        United States District Judge